1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile:  (213) 252-8009
   scalequalaccess@yahoo.com
5
6  Attorneys for Plaintiff
   LAMAR MYERS
7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | LAMAR MYERS, | Case No.: 2:20-cv-07313-MWF (Ex) |
12 | Plaintiff, | |
13 | vs. | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
14 | DAVID GALLEGOS, AS TRUSTEE OF THE DAVID GALLEGOS AND ROGELIA GALLEGOS FAMILY TRUST; and DOES 1 through 10, | |
15 | | |
16 | | |
17 | | |
18 | Defendants. | |

20     **PLEASE TAKE NOTICE** that LAMAR MYERS
21 ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby
22 voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil
23 Procedure Rule 41(a)(1) which provides in relevant part:
24    (a) **Voluntary Dismissal.**
25        (1)   *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66
26              and any applicable federal statute, the plaintiff may dismiss an action
27              without a court order by filing:
28

                                    1
**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

    (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment.  Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  May 3, 2021  SO. CAL. EQUAL ACCESS GROUP

       By: */s/   Jason J. Kim*
          Jason J. Kim, Esq.
           Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**